UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: MICHAEL T. HOMS and　　　　Case No.: 2012-33066-PP-13
　　　　ELYSE J. AASEN,　　　　　　　Chapter 13
　　　　　　　　Debtors.

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Michael T. Homs and Elyse J. Aasen have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your Rights May be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

MILLER & MILLER LAW, LLC
735 West Wisconsin Avenue
Suite 600
Milwaukee, Wisconsin 53233
(414) 277-7742
(414) 277-1303

You must also mail a copy to:

> Attorney Paula R. Brunner
> MILLER & MILLER LAW, LLC
> 735 West Wisconsin Avenue
> Suite 600
> Milwaukee, Wisconsin 53233

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is

    __X__ **the Debtor;**

    _____ the Chapter 13 Trustee (post-confirmation only);

    _____ the holder of an unsecured claim (Name: _____ ) (post-confirmation modification only).

2. This is a request to modify a Chapter 13 Plan:

    A. __X__ post-confirmation;

    B. ___ pre-confirmation;

        i. ___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b);

        ii. ___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

    **All creditors of record**

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

    **Provide for payment of Wells Fargo claim and adjust plan for feasibility.**

4. The reason(s) for the modification is/are:

5.         A. __X__ The Chapter 13 Plan confirmed or last modified on __October 23, 2012__ is modified as follows:

           B.____ The unconfirmed Chapter 13 Plan, dated,       , is modified as follows:

           1.     **Debtors will pay secured claim #24-1 as filed by Wells Fargo Bank, N.A.**

           2.     **Debtors will pay their student loans outside of the plan. All other general unsecured creditors will continue to receive a pro rata share of 100%.**

           3.     **Debtors will decrease their monthly chapter 13 plan payment to $1,125.00.**

All remaining terms and provisions of the plan are unaffected unless specifically addressed herein. In the event of a conflict between the original plan and the modification set forth above, the later shall supersede and control.

6.     **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

CERTIFICATION

1. I, _Paula R. Brunner_, attorney for debtor(s) _Michael T. Homs and Elyse J. Aasen____, certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

_____          _12-17-14_____
Counsel for the debtor(s)                 Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

| | | |
|---|---|---|
| Dated: _December 17, 2014_____ | Attorneys for | Miller & Miller, LLC. |
| at City, State. | By: | Paula R. Brunner |
| Milwaukee, Wisconsin | Bar No. | 1052159 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: MICHAEL T. HOMS and ELYSE J. AASEN, Debtors. | Case No.: 2012-33066-PP-13 Chapter 13 CERTIFICATE OF MAILING |

STATE OF WISCONSIN)
) SS
MILWAUKEE COUNTY)

Stacey Martinez, being sworn states that on December 17, 2014, mailed properly enclosed in a postpaid envelope, copy of the **Notice and Request to Modify Chapter 13 Plan**, that was filed with the court, to the following named persons at their proper post office address after their respective names:

All creditors of record

Michael T. Homs and Elyse J. Aasen
3734 95th Place
Sturtevant, WI 53177


Trustee Mary Grossman - via ECF

U.S. Bankruptcy Trustee - via ECF


Subscribed and sworn to before
me this 17th day of December, 2014.


/s/
Paula R. Brunner
Notary Public, State of Wisconsin
My commission is permanent.

/s/
Stacey Martinez
**MILLER & MILLER LAW, LLC**
735 W. Wisconsin Avenue, Suite 600
Milwaukee, WI 53233
(414) 277-7742

Easy Peel® Labels
Use Avery® Template 5160®

▲ Feed Paper ━━━ Bend along line to expose Pop-up Edge™

AVERY® 5160®

Label Matrix for local noticing
0757-2
Case 12-33066-svk
Eastern District of Wisconsin
Milwaukee
Tue Dec 16 15:59:15 CST 2014

Cheswold (Ophrys), LLC
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

ACS
P.O. Box 7051
Utica, NY 13504-7051

Aes/nct
1200 N 7th St
Harrisburg, PA 17102-1419

CB Accts Inc
124 Sw Adams St. Suite 215
Peoria, IL 61602-2321

Cap1/mnrds
Po Box 5253
Carol Stream, IL 60197-5253

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Cheswold (Ophrys), LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

AES/PHEAA
PO BOX 8147
HARRISBURG, PA 17105-8147

ECMC
P. O. Box 75906
St. Paul, MN 55175-0906

Wells Fargo Bank, N.A.,
c/o Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841

AZUREA I, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

All Saints Health Care
P.O. Box 68-9866
Milwaukee, WI 53268-9866

CHESWOLD (OPHRYS), LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Capital One/Best Buy
Bankruptcy Notices
6125 Lakeview Road Ste 800
Charlotte, NC 28269-2605

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Firstmark
PO Box 25410
Woodbury, MN 55125-0410

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Acs/access Grp
C/o Acs
Utica, NY 13501

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CHESWOLD (OPHRYS), LLC
C/O WEINSTEIN, PINSON & RILEY, P.S.
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Chase
P.o. Box 15298
Wilmington, DE 19850-5298

EduCap Inc.
45610 Woodland Road, Suite 370
Sterling, VA 20166-4220

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
▲ sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
Page 6 of 8
www.avery.com
1-800-GO-AVERY

Case 12-33066-svk    Doc 33    Filed 12/16/14

Gecrb/Steinhafels
C/o Po Box 965036
Orlando, FL 32896-0001

Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Guardian Credit Union
4502 W Greenfield Ave
West Milwaukee, WI 53214

(p)GUARDIAN CREDIT UNION
11220 W OKLAHOMA AVE
WEST ALLIS WI 53227-3937

JP Morgan Chase
c/o Xerox
P. O. Box 22724
Long Beach, CA 90801-5724

Kohls/Capital One
Po Box 3115
Milwaukee, WI 53201-3115

Lane Bryant Retail
Po Box 182789
Columbus, OH 43218-2789

Loan To Learn
21680 Ridgetop Cir
Sterling, VA 20166-6590

Minnesota Office of Higher Education
c/o Firstmark Services
PO Box 82522
Lincoln, NE 68501-2522

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV   P.O.Box 9475
Minneapolis, MN 55440-9475

Toyota Financial Servi
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408-8026

Toyota Motor Credit Corporation (TMCC)
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

U.H.S Physician Clinic
PO Box 130
Kenosha, WI 53141-0130

United Hospital System
6308 8th Avenue
Kenosha, WI 53143-5082

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403-5609

WI Energies
Attention: Jill Costello
Po Box 2046 Room A130
Milwaukee, WI 53201-2046

We Energies
Attn Bankruptcy Dept RM A130
333 W Everett St
Milwaukee WI 53290-0002

Wells Fargo Bank, N.A.
c/o Wells Fargo Home Mortgage
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wfnnb/Lane Bryant
Po Box 182789
Columbus, OH 43218-2789

Wheaton Franciscan Healthcare
P.O. Box 5995
Peoria, IL 61601-5995

Xerox
501 Bleecker St.
Utica, NY 13501-2401

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712-1083

Elyse J. Aasen
3734 95th Place
Sturtevant, WI 53177-3812

James L. Miller
Miller & Miller Law, LLC
735 West Wisconsin Avenue
Suite 600
Milwaukee, WI 53233-2413

Mary B. Grossman
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203-0161

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Case 12-33066-svk   Doc 33   Filed 12/16/14   Page 7 of 8
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

Michael T. Homs
3734 95th Place
Sturtevant, WI 53177-3812

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

(d)Bank Of America
Po Box 982238
El Paso, TX 79998

Citibank , NA
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

(d)Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195

Guardian Credit Union
Attn Collections
11220 W Oklahoma Ave
West Allis, WI 53227

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AES/PHEAA
Po Box 8147
Harrisburg, PA 17105-8147

(d)Cb Accts Inc
124 Sw Adams St. Suite 215
Peoria, IL 61602-2321

(d)ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

(d)Firstmark
Pob 25410
Woodbury, MN 55125-0410

(d)LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(d)eCAST Settlement Corporation
POB 29262
New York NY 10087-9262


End of Label Matrix
Mailable recipients    60
Bypassed recipients     6
Total                  66